

**Town of McIntosh**
P.O. Box 165 McIntosh, FL 32664
Town Office: 352.591.1047 Fax: 352.591.1947
Email: townofmcintosh@windstream.net
Website: www.townofmcintosh.org

June 7, 2023

Jason Jones/Heather Clark (Jones)
PO BOX 28
MCINTOSH FL 32664-0028

RE:  Code Violations at 6032 AVENUE G MCINTOSH, McIntosh, FL
(Previously known as 20550 9th St. McIntosh, FL)

Dear Mr./Mrs. Jones/Clark,

Our office has received several complaints about the signs/flags that have been placed on your fence without obtaining a Certificate of Appropriateness.

Please be advised that within the Town of McIntosh Historic Preservation District, signage on the above referenced property requires acquiring a Certificate of Appropriateness (COA).

> 6.06.09.
> *Signs permitted in the historic preservation/conservation district. Subject to the other provisions of this section, only signs issued a certificate of appropriateness by the McIntosh Preservation Board may be erected in the historic preservation/conservation district.*
>
> Sec. 1.08. - Definitions.
> *Sign means any device designed to inform or attract the attention of persons not on the premises upon which the sign is located.*
> *Sign, off-site, means a sign other than an on-site sign.*
> *Sign, on-site, means a sign relating in its subject matter to the premises upon which it is located, or to products, accommodations, services, or activities located on the premises.*

Further, it has been reported that you may be in violation of the following:
> 6.06.03.
> *Prohibited signs. It shall be a violation of these zoning regulations to erect or maintain:*
>
> *a. Any sign which constitutes a traffic hazard or detriment to traffic safety by reason of its size, location, movement, content, coloring, or method of illumination;*

c. Any sign using the words "stop," "look," "danger," or any other word, phrase, symbol, or character in such a manner as to confuse, mislead, or interfere with traffic;
d. Signs which are harmful to minors as defined herein;

*harmful to minors* means:
(1) With regard to sign content, any description or representation, in whatever form, of nudity, sexual conduct, or sexual excitement, when it:
  a. Predominately appeals to the prurient, shameful, or morbid interest of minors in sex;
  b. Is patently offensive to contemporary standards in the adult community as a whole with respect to what is suitable sexual material for minors; and
  c. Taken as a whole, lacks serious literary, artistic, political, or scientific value.
(2) And includes any nonerotic word or picture when it:
  a. Is patently offensive to contemporary standards in the adult community as a whole with respect to what is suitable for viewing by minors; and
  b. Taken as a whole, lacks serious literary, artistic, political, or scientific value.

The non-conforming signage must be removed within ten (10) days of receipt of this notice. Failure to remove the signage by that date shall result in the code violation(s) being referred to the Marion County Code Enforcement for review.

Town of McIntosh