UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JASON JONES
and HEATHER CLARK,                              CASE NO:  5:23-CV-00380

    Plaintiffs,

vs.

TOWN OF MCINTOSH,

    Defendant.
_____/

**DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, TOWN OF MCINTOSH, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation: *None known.*

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]] *None known.*

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be.  See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    a)      Jason Jones
c/o Denese Venza, Esq.
Venza Law, PLLC
931 Village Blvd., #905-322
West Palm Beach, FL 33409-1804
Plaintiff

    b)      Heather Clark
c/o Denese Venza, Esq.
Venza Law, PLLC
931 Village Blvd., #905-322
West Palm Beach, FL 33409-1804
Plaintiff

    c)      Denese Venza, Esq.
Venza Law, PLLC
931 Village Blvd., #905-322
West Palm Beach, FL 33409-1804
Attorney for Plaintiffs'

    d)      Venza Law, PLLC
931 Village Blvd., #905-322
West Palm Beach, FL 33409-1804
Attorneys for Plaintiffs'

---

(11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

e)  Marcy I. LaHart, Esq.
    Marcy I. LaHart, P.A.
    2017 SE Tuscawilla Rd.
    Micanopy, FL 32667
    Attorney for Plaintiffs'

f)  Marcy I. LaHart, P.A.
    2017 SE Tuscawilla Rd.
    Micanopy, FL 32667
    Attorneys for Plaintiffs'

g)  Town of McIntosh
    c/o Douglas T. Noah, Esq.
    Dean, Ringers, Morgan & Lawton, P.A.
    201 East Pine Street, Suite 1200
    Orlando, FL 32801
    Defendant

h)  Jessica Gonzalez
    c/o Douglas T. Noah, Esq.
    Dean, Ringers, Morgan & Lawton, P.A.
    201 East Pine Street, Suite 1200
    Orlando, FL 32801
    Defendant's Town Manager

i)  Stacie Corbett, Esq.
    c/o Douglas T. Noah, Esq.
    Dean, Ringers, Morgan & Lawton, P.A.
    201 East Pine Street, Suite 1200
    Orlando, FL 32801
    Defendant's Town Attorney

j)  Marshall Roddy
    c/o Douglas T. Noah, Esq.
    Dean, Ringers, Morgan & Lawton, P.A.
    201 East Pine Street, Suite 1200
    Orlando, FL 32801
    Defendant's Mayor

k)  Frank Ciotti
    c/o Douglas T. Noah, Esq.
    Dean, Ringers, Morgan & Lawton, P.A.
    201 East Pine Street, Suite 1200
    Orlando, FL 32801
    Defendant's Council President

l)  Scott Mullikin
    c/o Douglas T. Noah, Esq.
    Dean, Ringers, Morgan & Lawton, P.A.
    201 East Pine Street, Suite 1200
    Orlando, FL 32801
    Defendant's Council Vice-President

m)  Mark Naworensky
    c/o Douglas T. Noah, Esq.
    Dean, Ringers, Morgan & Lawton, P.A.
    201 East Pine Street, Suite 1200
    Orlando, FL 32801
    Defendant's Council Member

n)  Melinda Jones
    c/o Douglas T. Noah, Esq.
    Dean, Ringers, Morgan & Lawton, P.A.
    201 East Pine Street, Suite 1200
    Orlando, FL 32801
    Defendant's Council Member

o)  Suzanne Sindledecker
    c/o Douglas T. Noah, Esq.
    Dean, Ringers, Morgan & Lawton, P.A.
    201 East Pine Street, Suite 1200
    Orlando, FL 32801
    Defendant's Counsil Member

p)  Patricia M. Rego Chapman, Esq.
    Dean, Ringers, Morgan & Lawton, P.A.
    201 East Pine Street, Suite 1200
    Orlando, FL 32801
    Attorney for Defendant

q)  Parker J. Watts, Esq.
    Dean, Ringers, Morgan & Lawton, P.A.
    201 East Pine Street, Suite 1200
    Orlando, FL 32801
    Attorney for Defendant

r)  Douglas T. Noah, Esq.
    Dean, Ringers, Morgan & Lawton, P.A.
    201 East Pine Street, Suite 1200
    Orlando, FL 32801
    Attorney for Defendant

s)  Dean, Ringers, Morgan & Lawton, P.A.
    201 East Pine Street, Suite 1200
    Orlando, FL 32801
    Attorneys for Defendant

t)  Douglas T. Noah, Esq.
    Dean, Ringers, Morgan & Lawton, P.A.
    201 East Pine Street, Suite 1200
    Orlando, FL 32801
    Attorney for Defendant

u)  Douglas T. Noah, Esq.
    Dean, Ringers, Morgan & Lawton, P.A.
    201 East Pine Street, Suite 1200
    Orlando, FL 32801
    Attorney for Defendant

v)  Florida Municipal Insurance Trust
    as administered by the Florida League of Cities
    Defendant's insurance carrier

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome: *None known.*

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee: *None known.*

6. Identify each person arguably eligible for restitution:

    Plaintiff Jason Jones and
    Plaintiff Heather Clark.

☒    I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

*/s/ Douglas T. Noah*
DOUGLAS T. NOAH ESQ.
Florida Bar No. 863970
PARKER J. WATTS, ESQ.
Florida Bar No. 1039079
Attorneys for Defendant
12/05/23