UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JASON JONES and
HEATHER CLARK,

      Plaintiffs,

v.                                CASE NO. 5:23-cv-00380

TOWN OF McINTOSH,

      Defendant.

_____ /

**JOINT NOTICE OF SETTLEMENT**

      PLEASE BE ADVISED that a settlement has been reached. While the matter of settlement documents execution by the parties and payment remains, execution and payment are not anticipated to alter that a resolution has been reached.

| VENZA LAW, PLLC | MARCY I. LAHART, P.A. | DEAN, RINGERS, MORGAN, et al. |
|---|---|---|
| 12161 Mercado Drive, #227 | 249 SE Tuscawilla Road | P.O. Box 2928 |
| Venice Beach, FL 34293 | Micanopy, FL 32667 | Orlando, FL 32802 |
| Office: (561) 596-6329 | Office: (352) 224-5699 | Office: (407) 422-4310 |
| dvenza@venzalawpllc.com | Fax: (888) 400-1464 | Fax: (407) 648-0233 |
| | marcy@floridaanimallawyer.com | dnoah@DRML-Law.com |
| | | pwatts@DRML-Law.com |
| | | pchapman@DRML-Law.com |

BY: *s/Denese Venza*        BY: *s/ Marcy I. LaHart*        BY: *s/Douglas T. Noah*
Denese Venza, Esq.           Marcy I. LaHart, Esq.         Douglas T. Noah, Esq.
Florida Bar No. 599220      Florida Bar No. 0967009     Florida Bar No. 863970
*Counsel for Plaintiffs*        *Counsel for Plaintiffs*        *Counsel for Defendant*

**CERTIFICATE OF ELECTRONIC FILING**

      **I HEREBY CERTIFY** that on the 12th day of August 2024, a true and correct copy of the foregoing has been furnished via CM/ECF electronic mail service to the Clerk of the Court with the approval of all counsel.

                                                        BY: *s/Denese Venza*
                                                        Fla. Bar No. 599220