**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

JASON JONES and HEATHER CLARK,

    Plaintiffs,

v.                                                      Case No: 5:23-cv-380-JSM-PRL

TOWN OF MCINTOSH,

    Defendant.
_____

ORDER

    The Court has been advised via a Joint Notice of Settlement (Dkt. 33) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.09(b), it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida, this 12th day of August, 2024.

                                                                     JAMES S. MOODY, JR.
                                                                     UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record